■ In the Matter of the Dissolution of EL-ROH REALTY CORP. PHILIPPE R. SCHWIMMER, Individually and as Holder of Fifty Percent of the Outstanding Voting Shares of EL-ROH REALTY CORP., Appellant; JOAN ROTH et al., Respondents. In the Matter of the Dissolution of EL-ROH REALTY CORP. PHILIPPE R. SCHWIMMER, Individually and as Holder of Fifty Percent of the Outstanding Voting Shares of EL-ROH REALTY CORP., Appellant; JOAN ROTH et al., Respondents. (Appeal No. 2.) [902 NYS2d 473]— Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered October 8, 2009 in a proceeding pursuant to Business Corporation Law article 11. The order denied the motion of petitioner for, inter alia, a declaration with respect to the effect of a certain amendment of the shareholders' agreement.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of El-Roh Realty Corp.* (74 AD3d 1796 [2010]). Present—Martoche, J.P., Smith, Centra, Sconiers and Pine, JJ.